No. 81–5663. PADILLA *v.* MACDOUGALL ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–5664. MCAFEE *v.* FORD MOTOR CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–5665. SHAW *v.* DAIL ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–5666. HEGWOOD *v.* BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 81–5667. EVANS ET AL. *v.* CROOM ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–5669. JOHNSON ET AL. *v.* UNITED PARCEL SERVICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–5671. GARCIA *v.* NEAGLE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–5674. LINDHORST *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–5675. CARABALLO *v.* SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 1st Cir. Certiorari denied.

No. 81–5676. BAILEY *v.* REDMAN, WARDEN, DELAWARE CORRECTIONAL CENTER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–5678. HARRIS *v.* BAKER. C. A. 8th Cir. Certiorari denied.

No. 81–5680. PATRICK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–5683. SALMAN *v.* FRISCH. C. A. 9th Cir. Certiorari denied.